IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RODNEY A. HURDSMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:17-cv-290-RP |
| KATHLEEN POKLUDA, et al., | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

On this date, the Court issued an order granting the joint motion to dismiss with prejudice brought by Plaintiff Rodney A. Hurdsman ("Hursdman") and Defendants Kathleen Pokluda, Mike Gleason, Jeffrey Williams, Michael Brumleve, Brien Casey, Jimmy Mobley, Mario Barcenas, Aric Herrera, Julian Villarreal, Bruce Voisine, Doug Wheless, and Williamson County, Texas. On January 13, 2020, the Court dismissed Hurdsman's claims against Defendants Ronald Barnett, Shamona Harris, Adrian Nira, Jeremy Davis, and Williamson County. (Dkt. 102). On November 15, 2017, the Court dismissed Hurdsman's claims against Officer Champion. (Dkt. 27). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs and fees.

**SIGNED** on October 13, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE